UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.:    21-10469

SHIVEY, James J.     Chapter:    7

Judge:    KCF

## NOTICE OF PROPOSED ABANDONMENT

John Michael McDonnell, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on March 23, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
175 Pennsylvania Way
North Brunswick, New Jersey 08802

FMV=$166,000

Liens on property:
Lien Amount=$158,000

Minus 10% Cost of Sale

Amount of equity claimed as exempt: $25,150

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee

Address: 115 Maple Avenue, Red Bank, New Jersey 07701

Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-10469-KCF |
| James J Shivey | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Feb 19, 2021  Form ID: pdf905  Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James J Shivey, 175 Pennsylvania Way, North Brunswick, NJ 08902-3530 |
| cr | + | Society Hill North Condominium Association, Inc., McGovern Legal Services LLC, 850 Carolier Lane, North Bruswick, NJ 08902-3312 |
| 519078848 | + | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 519078849 | + | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 519078854 | #+ | KML Law Group P.C., 216 Haddon Ave. Suite 406, Collingswood, NJ 08108-2812 |
| 519078856 | + | McGovern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519078857 | + | Middlesex County Chancery Division, P.O. Box 971, Trenton, NJ 08625-0971 |
| 519078858 | + | Middlesex County Special Civil Part, P.O. Box 1146, New Brunswick, NJ 08903-1146 |
| 519078861 | + | Motion Federal Credit Union, PO Box 1160, Linden, NJ 07036-0002 |
| 519078862 | + | Motion Federal Cu, 360 N Wood Ave, Linden, NJ 07036-4222 |
| 519078863 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519078864 | + | North Brunswick Township, 710 Hermann Rd, North Brunswick, NJ 08902-2850 |
| 519078867 | | PSE&G, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 519078865 | + | Pressler, Felt, & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519078866 | + | Princeton Orthopaedic, PO Box 45702, Baltimore, MD 21297-5702 |
| 519078869 | | Society Hill North Condo Association Inc, 1 Society Hill Way, North Brunswick, NJ 08902 |
| 519078870 | + | Stephen Einstein and Associates, P.C., 39 Broadway Suite 1250, New York, NY 10006-3089 |
| 519078871 | + | Tromberg, Morris, Poulin, PLLC, 39 Broadway Suite 1250, New York, NY 10006-3089 |
| 519078872 | + | Wells Fargo, 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2021 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2021 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519078847 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 19 2021 23:00:14 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 519078851 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2021 20:56:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519078853 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2021 20:58:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 519078855 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2021 23:01:03 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 519078859 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 19 2021 23:08:14 | MidFirst Bank, 999 N.W. Grand Blvd Suite 100, Oklahoma City, OK 73118-6051 |
| 519078860 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | | |

Case 21-10469-KCF    Doc 13    Filed 02/21/21    Entered 02/22/21 00:20:25    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: pdf905 | Total Noticed: 28 |

| | | | Feb 19 2021 23:15:50 | Midland Mtg/midfirst, Pob 268959, Oklahoma City, OK 73126-8959 |
|---|---|---|---|---|
| 519078868 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2021 23:01:07 | Resurgent Capital Services, 55 Beattie Place Ste 110, Greenville, SC 29601-5115 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519078852 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519078850 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Society Hill North Condominium Association  Inc. collections@theassociationlawyers.com |
| Yakov Rudikh | on behalf of Debtor James J Shivey rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 6