| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James J Shivey<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9901<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–10469–KCF | |

## Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James J Shivey

4/23/21                                                                 **By the court:**   Kathryn C. Ferguson
                                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                  Case No. 21-10469-KCF

James J Shivey                                                                                                                  Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                                          User: admin                                                          Page 1 of 2
Date Rcvd: Apr 23, 2021                                                 Form ID: 318                                                        Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | James J Shivey, 175 Pennsylvania Way, North Brunswick, NJ 08902-3530 |
| cr | + | Society Hill North Condominium Association, Inc., McGovern Legal Services LLC, 850 Carolier Lane, North Bruswick, NJ 08902-3312 |
| 519078848 | + | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 519078849 | + | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 519078854 | #+ | KML Law Group P.C., 216 Haddon Ave. Suite 406, Collingswood, NJ 08108-2812 |
| 519078861 | ++ | MOTION FEDERAL CREDIT UNION, P O BOX 1160, LINDEN NJ 07036-0002 address filed with court:, Motion Federal Credit Union, PO Box 1160, Linden, NJ 07036 |
| 519078862 | ++ | MOTION FEDERAL CREDIT UNION, P O BOX 1160, LINDEN NJ 07036-0002 address filed with court:, Motion Federal Cu, 360 N Wood Ave, Linden, NJ 07036 |
| 519078856 | + | McGovern Legal Services LLC, 850 Carolier Lane, North Brunswick, NJ 08902-3312 |
| 519078857 | + | Middlesex County Chancery Division, P.O. Box 971, Trenton, NJ 08625-0971 |
| 519078858 | + | Middlesex County Special Civil Part, P.O. Box 1146, New Brunswick, NJ 08903-1146 |
| 519078863 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519078864 | + | North Brunswick Township, 710 Hermann Rd, North Brunswick, NJ 08902-2850 |
| 519078867 | | PSE&G, PO BOX 14444, New Brunswick, NJ 08906-4444 |
| 519078865 | + | Pressler, Felt, & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519078866 | + | Princeton Orthopaedic, PO Box 45702, Baltimore, MD 21297-5702 |
| 519078869 | | Society Hill North Condo Association Inc, 1 Society Hill Way, North Brunswick, NJ 08902 |
| 519078870 | + | Stephen Einstein and Associates, P.C., 39 Broadway Suite 1250, New York, NY 10006-3089 |
| 519078871 | + | Tromberg, Morris, Poulin, PLLC, 39 Broadway Suite 1250, New York, NY 10006-3089 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2021 22:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2021 22:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519078847 | | EDI: CAPITALONE.COM | Apr 24 2021 00:38:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 519078851 | | EDI: IRS.COM | Apr 24 2021 00:38:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519078853 | | EDI: JEFFERSONCAP.COM | Apr 24 2021 00:38:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 519078855 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:57:31 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 519078861 | | Email/Text: mgreenwood@motionfcu.org | Apr 23 2021 22:33:00 | Motion Federal Credit Union, PO Box 1160, Linden, NJ 07036 |

Case 21-10469-KCF    Doc 19    Filed 04/25/21    Entered 04/26/21 00:21:34    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2021 | Form ID: 318 | Total Noticed: 28 |

| 519078862 | | Email/Text: mgreenwood@motionfcu.org | | |
|---|---|---|---|---|
| | | | Apr 23 2021 22:33:00 | Motion Federal Cu, 360 N Wood Ave, Linden, NJ 07036 |
| 519078859 | + | EDI: AISMIDFIRST | Apr 24 2021 00:38:00 | MidFirst Bank, 999 N.W. Grand Blvd Suite 100, Oklahoma City, OK 73118-6051 |
| 519078860 | + | EDI: AISMIDFIRST | Apr 24 2021 00:38:00 | Midland Mtg/midfirst, Pob 268959, Oklahoma City, OK 73126-8959 |
| 519078868 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:57:31 | Resurgent Capital Services, 55 Beattie Place Ste 110, Greenville, SC 29601-5115 |
| 519078872 | + | EDI: WFFC.COM | Apr 24 2021 00:38:00 | Wells Fargo, 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519078852 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519078850 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H Brosha | on behalf of Creditor Society Hill North Condominium Association  Inc. collections@theassociationlawyers.com |
| Yakov Rudikh | on behalf of Debtor James J Shivey rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 6